NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

JOHN H. BANKS ET AL.,
*Plaintiffs-Appellants,*

v.

UNITED STATES,
*Defendant-Appellee.*

---

2012-5067

---

Appeal from the United States Court of Federal Claims in consolidated case numbers 99-CV-4451, 99-CV-4452, 99-CV-4453, 99-CV-4454, 99-CV-4455, 99-CV-4456, 99-CV-4457, 99-CV-4458, 99-CV-4459, 99-CV-44510, 99-CV44511, 99-CV-44512, 00-CV-365, 00-CV-379, 00-CV-380, 00-CV-381, 00-CV-382, 00-CV-383, 00-CV-384, 00-CV-385, 00-CV-386, 00-CV-387, 00-CV-388, 00-CV-389, 00-CV-390, 00-CV-391, 00-CV-392, 00-CV-393, 00-CV-394, 00-CV-395, 00-CV-396, 00-CV-398, 00-CV-399, 00-CV-400, 00-CV-401, 05-CV-1353, 05-CV-1381, and 06-CV-072, Chief Judge Emily C. Hewitt.

---

ON MOTION

---

Before O'MALLEY, *Circuit Judge.*

## O R D E R

John H. Banks et al. (Banks) move for leave to file an extended opening brief. The government opposes in part. Banks replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. Banks' opening brief, not to exceed 14,000 words, is due within 30 days of the date of this order.

FOR THE COURT

**AUG 3 1 2012**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: John B. Ehret, Esq.
    Elizabeth Ann Peterson, Esq.

s25

FILED
U.S. COURT OF APPEALS FO:
THE FEDERAL CIRCUIT

AUG 3 1 2017

JAN HORBALY
CLERK